FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2021

No. 04-21-00265-CV

**IN THE INTEREST OF B.M.S. AND J.R.S., CHILDREN**

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 18-11-25367-CV
Honorable Vivian Torres, Judge Presiding

## O R D E R

The parties have requested that the transcription of an in-chambers hearing contained in Volume 4 of the reporter's record be redacted and re-filed as a sealed supplemental reporter's record because it contains confidential information. Volume 4 of the reporter's record is hereby WITHDRAWN. We ORDER the court reporter to re-file Volume 4 of the reporter's record with a redaction of the in-chambers hearing and to file a supplemental reporter's record under seal that contains the in-chambers hearing. The records must be filed ***no later than ten (10) days*** from the date of this order. The Clerk of this court is instructed to handle the sealed supplemental reporter's record in accordance with TEX. R. APP. P. 9.9.

In the event appellant or appellee references the sealed supplemental record in their respective briefs, they are ORDERED to (1) file their respective briefs in paper form only, (2) with a cover letter informing the Clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court